In the Matter of JOSEPH M. WENTLAND, for Reinstatement to the Practice of Law in the State of New York. [953 NYS2d 516]—Order entered terminating suspension and reinstating

petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed Oct. 23, 2012.)